UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CEJA, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAMPION HOME BUILDERS, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 5:23-cv-02223 FLA (DTBx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

On November 30, 2023, the Parties filed a Stipulated Protective Order dictating terms of the disclosure of certain proprietary, confidential, or private materials potentially relevant to this action. The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the terms of the Parties' Stipulation.

**IT IS SO ORDERED.**

Dated: December 14, 2023

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. David T. Bristow
　　　　　　　　　　　　　　　　United States Magistrate Judge